**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| COLTON MCCONNELL,                * | |
|                                  * | |
|     Plaintiff,                   * | |
|                                  * | |
| vs.                              * | |
|                                  *  CIVIL ACTION NO. 21-00012-B | |
| KILOLO KIJAKAZI,                 * | |
| Acting Commisioner of            * | |
| Social Security,                 * | |
|                                  * | |
|     Defendant.                   * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Colton McConnell's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. 24) is hereby **GRANTED in part,** and that Plaintiff is hereby **AWARDED** attorney's fees under the Equal Access to Justice Act in the amount of **$2,892.52,** payable to Plaintiff.  No costs are taxed.

**DONE** and **ORDERED** this **28th** day of **November, 2022.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**